Submitted May 27, affirmed December 23, 2020

In the Matter of T. D. J.,
aka T. D. J., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. D. E.,
*Appellant.*

Lane County Circuit Court
19JU06563; A173336

478 P3d 587

Jay A. McAlpin, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. M. D. E.*, 304 Or App 547, 464 P3d 172, *rev den*, 367 Or 217 (2020); *Dept. of Human Services v. E. L. G.*, 270 Or App 308, 347 P3d 825 (2015).